# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Cause No. 4:24-cr-00183-1 |
| § | |
| CHRISTOPHER WASHINGTON TORAL § | |

## OPPOSED THIRD MOTION MODIFY
## CONDITIONS OF PRETRIAL RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant, CHRISTOPHER WASHINGTON TORAL, files this Unopposed Motion to Modify Conditions of Release and in support submits the following:

1) On April 17, 2024, Mr. Toral was placed on pretrial release with a $250,000.00 unsecured bond. The court ordered standard conditions, Active GPS monitoring and some additional conditions.

2) Mr. Toral is looking for work as a delivery driver. The GPS monitoring and curfew hinder his eligibility for delivery services.

3) Mr. Toral is asking to be placed on "Stand Alone" monitoring. Stand alone monitoring would be 24 hours a day electronic monitoring (gps).

4) Defense counsel has conferred with United States Probation Officer Kimberly Vaults, and she is unopposed to this modification.

Mr. Toral respectfully requests this Court remove or modify the conditions of his pretrial release.

                                          Respectfully submitted,
                                          **DeGuerin & Dickson**
                                          -s- Dick DeGuerin_____
                                          Dick DeGuerin
                                          Texas Bar No. 05638000
                                          1018 Preston, 7th Floor
                                          Houston, Texas 77002
                                          Telephone (713) 223-5959
                                          Facsimile: (713) 223-9231
                                          dick@deguerin.com
                                          Attorney for Defendant

                                          **Foreman DeGeurin & DeGeurin**
                                          -s- Michael DeGeurin_____
                                          Michael DeGeurin
                                          Federal Bar No. 23288
                                          300 Main Street, Suite 300
                                          Houston, Texas 77002
                                          713-655-9000: Telephone
                                          713-655-1812: Facsimile
                                          M2degeurin@fddlaw.net
                                          Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed via the CM/ECF system that served all parties via email.

                                        /s/ Michael DeGeurin_____
                                         Michael DeGeurin

# CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Assistant United States Attorney Carolyn Ferko on May 28, 2024, via email regarding her position on this motion, and she is opposed.

                                                 /s/ Michael DeGeurin
                                                 Michael DeGeurin